**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN CROMER, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-CV-301** |
| | ) | |
| **WARDEN H. SISSEM, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM ORDER

This action was received by the Clerk of Court on October 8, 2025. The matter was assigned and referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On September 21, 2026, Judge Lanzillo issued a Report and Recommendation recommending that this action be dismissed due to Plaintiff's failure to prosecute and that pending motions to dismiss be denied as moot. ECF No. 27. No party has filed Objections to the Report and Recommendation.

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'" *EEOC v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) *quoting* 28 U.S.C. § 636(b)(1). Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part— the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2). A district court is not required to make any separate findings or conclusions when reviewing a

recommendation de novo under 28 U.S.C. § 636. *See Hill v. Barnacle*, 655 Fed. App'x 142, 148 (3d Cir. 2016) ("District courts are not required to make any separate findings or conclusions when reviewing a Magistrate Judge's recommendation de novo under 28 U.S.C. § 636(b). We presume that the District Court engaged in the required de novo review absent some indication to the contrary. There is no such indication here because the District Court noted Hill's objections and stated that it reviewed the record independently.") (internal citation omitted).

After *de novo* review of the filings in the case and the docket itself, together with the report and recommendation, the following order is entered:

AND NOW, this 3rd day of November 2026;

IT IS ORDERED that this matter is dismissed without prejudice due to Plaintiff's failure to prosecute the action and the pending motions to dismiss [ECF No. 5, 13] are denied as moot.

AND, IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued on September 21, 2026 [ECF No. 27] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge